# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Kimonia Hyde, | : |
| Plaintiff, | : Civil Action No.: 8:18-cv-01081-MSS-AEP |
| v. | : |
| Direct Recovery Services, LLC, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 31, 2018

                                                Respectfully submitted,

                                                PLAINTIFF, Kimonia Hyde

                                                By: /s/ Tamra Givens
                                                    Tamra Givens, Esq.
                                                    Florida Bar No. 657638
                                                    43 Danbury Road, 3rd Floor
                                                    Wilton, CT 06897
                                                    Telephone: (203) 653-2250
                                                    Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By _/s/ Tamra Givens_____

                                           Tamra Givens